UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD L. ABSELET,<br><br>Plaintiff,<br><br>vs.<br><br>SOLYMAN YASHOUAFAR, an individual, *et al.*,<br><br>**Defendants**. | Case No. 2:15-CV-7625 JFW (JEMx)<br>[Related Cases: 2:11-CV-00815 JFW (JEMx); 2:15-CV-8570 JFW (JEMx)] and 2:16-CV-720 JFW (JEMx)]<br>)<br><br>**PRELIMINARY INJUNCTION**<br><br>**Courtroom: 16**<br>**Hon. John F. Walter**<br>**United States District Court Judge** |

PRELIMINARY INJUNCTION

The Court:

1. having granted on March 22, 2016 the *Ex Parte* Application by Plaintiff Howard L. Abselet ("Plaintiff") for a Temporary Restraining Order ("TRO") prohibiting, restraining and enjoining the defendants in this action, Solyman Yashouafar, Massoud Aaron Yashouafar, Raymond Yashouafar (individually and as trustee of the Yashouafar Family Trust I), Justin Yashouafar (individually and as trustee of the Yashouafar Family Trust II), Ataollah and Saltanat Yashouafar, L.P., Yaas Capital, LLC, Lyon-GP, LLC and Lyon Realty Holdings, LLC (collectively, the "Defendants"), and anyone acting in concert with them, from taking any action, including without limitation votes of partnership interests, to remove, discharge, replace, change or otherwise impact the status of ECP Building, Inc. ("ECP Building") as the general partner of Encino Corporate Plaza, L.P. ("ECPLP") (Dkt. 81 and 82); and

2. having held on April 4, 2016 that Plaintiff is, for reasons stated on the record, entitled to a Preliminary Injunction (Dkt. 87); and

3. having ordered counsel to submit a proposed preliminary injunction consistent with the Court's statements at the hearing (Dkt. 87), hereby ORDERS as follows:

The Defendants, and any and all persons and entities acting in concert with them, including without limitation their respective agents and representatives, SHALL BE AND ARE PRELIMINARILY ENJOINED, RESTRAINED AND PROHIBITED FROM taking any action, including without limitation votes of partnership interests, to remove, discharge, replace, change or otherwise impact the status of ECP Building as the general partner of ECPLP.

DATED:  April 19, 2016           _____
                                 Hon. John F. Walter
                                 United States District Court Judge