1
2
3
4
5   *JS-6*
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**

| HOWARD L. ABSELET, an individual, | Case No. 2:15-CV-07625-JFW(JEMx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| MASSOUD AARON YASHOUAFAR, an individual; *et al.,* | |
| Defendants. | |

1 | Upon consideration of the Stipulation for Dismissal by Plaintiff Howard L. Abselet, on the one hand, and Defendants Ataollah and Saltanat Yashouafar, L.P., Lyon Realty Holdings, LLC, Lyon-GP, LLC, Yaas Capital, LLC, Justin Yashouafar, Massoud Aaron Yashouafar, Raymond Yashouafar, and Solyman Yashouafar, on the other,

THE COURT HEREBY ORDERS THAT:

1. The Stipulation is APPROVED, as provided in this Order.

2. Pursuant to the stipulation of the parties, the case is dismissed with prejudice. The parties shall bear their own costs and fees.

IT IS SO ORDERED.

DATED: March 25, 2021

_____
Honorable John F. Walter
United States District Court Judge